IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA

JONATHAN WOLFORD and
KENNETH MULLINS, JOSHUA McCOY,
and JAMES ADDAIR, Individually and
On Behalf of All
Others Similarly-Situated,

    Plaintiff,

v.

UNITED COAL COMPANY LLC,
WELLMORE COAL COMPANY, LLC,
and WELLMORE ENERGY COMPANY, LLC,

    Defendants.

CLASS ACTION AND
COLLECTIVE ACTION

Civil Action No. 1:24-cv-00028

JURY DEMANDED

## DECLARATION OF GARY PRATER

COMMONWEALTH OF VIRGINIA
COUNTY OF BUCHANAN

I, Gary Prater, under penalty of perjury, declare as follows:

1. My name is Gary Prater, and I am over the age of 18 and duly qualified to execute this declaration. I have personal knowledge of the information set forth in this declaration.

2. I am and, at all times relevant hereto, have been the Human Resources Director for Wellmore Coal Company, LLC ("Wellmore"). I have held that position since 2010.

3. I provide human resources support for Wellmore Coal Company, LLC and Wellmore Energy Company, LLC.

4. Plaintiffs Jonathan Wolford and Joshua McCoy were previously employed at Wellmore's Paw Paw 2 Mine. Plaintiff James Addair is still employed at Wellmore's Paw Paw 2 Mine. I provide human resources support to Wellmore's Paw Paw 2 Mine.

5. Jonathan Wolford first worked at Wellmore's Paw Paw 1 Mine from approximately February 23, 2016 to June 30, 2017.

6. Jonathan Wolford was later rehired and worked for Wellmore's Paw Paw 2 Mine from approximately January 4, 2023 to January 19, 2023.

7. Joshua McCoy first worked at Wellmore's Tilly and Paw Paw 2 Mine from approximately May 29, 2018 to January 13, 2021.

8. Joshua McCoy was later rehired and worked for Wellmore's Paw Paw 2 Mine from approximately March 22, 2021 to March 27, 2022.

9. James Addair first worked at Wellmore's Paw Paw 2 Mine from approximately September 16, 2019 to May 7, 2020.

10. James Addair was later rehired at Wellmore's Paw Paw 2 Mine on approximately May 21, 2020. Mr. Addair remains employed at Wellmore's Paw Paw 2 Mine.

11. Beginning in March 2018, all newly hired employees at Wellmore were required to execute a Mutual Arbitration Agreement as a condition of employment.

12. The Human Resources Department at Wellmore maintains original copies of all executed Mutual Arbitration Agreements. The Human Resources Department is also responsible for executing the Mutual Arbitration Agreements on behalf of Wellmore.

13. Jonathan Wolford signed a Mutual Arbitration Agreement on December 28, 2022, which was placed into his personnel file after execution.

14. The Mutual Arbitration Agreement attached as Exhibit 1 to "Defendants' Motion to Compel Arbitration and Stay the Lawsuits of Jonathan Wolford, Joshua McCoy, and James Addair" is a true and accurate copy of the Mutual Arbitration Agreement executed by Jonathan Wolford.

15. Joshua McCoy first signed a Mutual Arbitration Agreement during his first stint of employment, which was placed into his personnel file after execution.

16. When Joshua McCoy was re-hired, he executed a second Mutual Arbitration Agreement on March 22, 2021, superseding his prior Agreement, which was placed into his personnel file after execution.

17. The Mutual Arbitration Agreement attached as Exhibit 2 to "Defendants' Motion to Compel Arbitration and Stay the Lawsuits of Jonathan Wolford, Joshua McCoy, and James Addair" is a true and accurate copy of the second Mutual Arbitration Agreement executed by Joshua McCoy.

18. James Addair first signed a Mutual Arbitration Agreement during his first stint of employment, which was placed into his personnel file after execution.

19. When James Addair was re-hired, he executed a second Mutual Arbitration Agreement on May 21, 2020, superseding his prior Agreement, which was placed into his personnel file after execution.

20. The Mutual Arbitration Agreement attached as Exhibit 3 to "Defendants' Motion to Compel Arbitration and Stay the Lawsuits of Jonathan Wolford, Joshua McCoy, and James Addair" is a true and accurate copy of the second Mutual Arbitration Agreement executed by James Addair.

21. During his employment with Wellmore, Jonathan Wolford worked as a Master Electrician, performing on-site electrician work. Jonathan Wolford was not involved in the transportation of coal.

22. During his employment with Wellmore, Joshua. McCoy primarily worked as a Roof Bolter Operator.

23. As a Roof Bolter Operator, Joshau McCoy operated a mechanized roof bolter which physically inserted bolts into the ceiling of the mine to ensure that the roof permitted safe mining.

24. Joshua McCoy also occasionally worked as a Scoop Operator and Continuous Miner Operator.

25. As a Scoop Operator, Joshua McCoy operated a piece of mining equipment called a scoop, which possesses a bucket on the front to scoop coal and other debris left by the mining process and to move it *intra-mine* to designated locations (typically the mining face where the continuous miner will mine). A scoop operator also applies rock dust in the newly mined areas to help suppress respirable coal dust.

26. As a Continuous Miner Operator, Joshua McCoy operated a piece of mining equipment called a continuous miner, which has a rotating head with bits. The continuous miner rips coal from the mine face which is subsequently hauled by other pieces of machinery.

27. During his employment with Wellmore, James Addair has primarily worked as a Scoop Operator.

28. As a Scoop Operator, James Addair operates a piece of mining equipment called a scoop, which possesses a bucket on the front to scoop coal and other debris left by the mining process and to move it *intra-mine* to designated locations (typically the mining face where the continuous miner will mine). A scoop operator also applies rock dust in the newly mined areas to help suppress respirable coal dust.

29. James Addair has also occasionally worked as a Beltman and Shuttle Car Operator.

30. As a Beltman, James Addair ensures that the mine's conveyor belt system operates and functions properly. Such duties may require belt maintenance and rock dusting. Beltman duties do not require transportation.

31. As a Shuttle Car Operator, Mr. Addair works to transport materials, such as coal product, from the mine face where it is mined to the feeder at the end of the mining section. All transportation occurs *intra-mine*.

I declare under the penalty of perjury of the laws of the United States of America and pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct and that this declaration was executed on September 17, 2024 at Grundy, Virginia.

FURTHER DEPONENT SAYETH NOT.

_____
Gary Prater